# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| LEVI NESMITH III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-cv-01371 |
| | ) | Judge Trauger |
| HOSPICE COMPASSUS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

It is hereby ORDERED that the defendant shall file any response to the plaintiff's Objection to Magistrate Judge's Report and Recommendation (Docket No. 15) by March 26, 2018.

It is so **ORDERED**.

ENTER this 13th day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge